690

No. 49. UNITED STATES *v.* BRIGGS & TURIVAS. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Mr. Albert L. Hopkins* for respondent.

No. 50. LINK ET AL. *v.* ILLINOIS. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Bernhardt Frank* for petitioners. *Mr. Otto Kerner* for respondent.

No. 51. MADDOCK ET AL. *v.* HAINES ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Carl V. Wisner* for petitioners. *Messrs. David K. Tone* and *Morse Ives* for respondents.

No. 52. HEFFELFINGER *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. C. Remele* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. J. Louis Monarch* and *Louise Foster* for respondent.

No. 53. READING COMPANY *v.* THORNE NEALE & Co.; and

No. 54. SAME *v.* BOUCHARD TRANSPORTATION Co. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Paul Speer* and *Horace L. Cheyney* for petitioner.